No. D–1215. IN RE DISBARMENT OF MAYBLUM. It is ordered that Martin J. Mayblum, of Forest Hills, N. Y., be suspended from

the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.